IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAUDE WALLACE
ADC #85239                                                                PETITIONER

v.                    No. 5:11-cv-231-DPM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                  RESPONDENT

### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed findings and recommended disposition, *Document No. 9*, and Wallace's objections, *Document No. 11*. On *de novo* review, the Court adopts Judge Volpe's recommendation as its own. FED. R. CIV. P. 72(b)(3). Hobbs's motion to dismiss, *Document No. 6*, is granted. Wallace's petition is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 April 2012