# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROGER D. MOSBY,
ADC #63018                                                                                          PLAINTIFF

v.                              No. 4:12-cv-221-DPM

J. LEON HOLMES, United States
District Judge                                                                                      DEFENDANT

## JUDGMENT

Mosby's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

_____
D.P. Marshall Jr.
United States District Judge

27 April 2012